FILED
CLERK, U.S. DISTRICT COURT

SEP 12 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 08-00529-GAF |
| ) | |
| Plaintiff, ) | ORDER [OF DETENTION] [~~SETTING~~ |
| ) | ~~CONDITIONS OF RELEASE~~] AFTER HEARING |
| v. ) | (18 U.S.C. § 3148(b): |
| ) | (Allegations of Violation of |
| ) | Pretrial Conditions of Release) |
| ALACA MENDEZ GOMEZ, ) | |
| Defendant. ) | |

A.

On motion of the Government involving an alleged violation of conditions of pretrial release and warrant for arrest issued by [Judge _Jues_].

B.

The court finds there is

(1)

    (A)  (✓)  Probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

    (B)  ( )  Clear and convincing evidence that the defendant has violated any other condition of release; and

1 | (2)
2 |         (A)    (✓)  Based on the factors set forth in 18 U.S.C. § 3142(g),
3 |                     there is no condition or combination of conditions of
4 |                     release that will assure that the person will not flee or
5 |                     pose a danger to the safety or any other person or the
6 |                     community; or
7 |         (B)    ( )  The person is unlikely to abide by any condition or
8 |                     combination of conditions of release.
9 |                              and/or, in the event of (1)(A)
10 | (3)            (✓)  There is probable cause to believe that, while on
11 |                     release, the defendant committed a Federal, State, or
12 |                     local felony, and the presumption that no condition or
13 |                     combination of conditions will assure that the person
14 |                     will not pose a danger to the safety of any other person
15 |                     or the community has not been rebutted.
16 |                                         or
17 | (4)            ( )  The court finds that there are conditions of release that
18 |                     will assure that the defendant will not flee or pose a
19 |                     danger to the safety of any other person or the
20 |                     community, and that the defendant will abide by such
21 |                     conditions.  <u>See</u> separate order setting conditions.
22 |                ( )  It is further ordered that this order is stayed for 72
23 |                     hours in order to allow the Government to seek review
24 |                     from the [assigned district judge] [criminal duty
25 |                     district judge].
26 |                                         or
27 |
28 |

```
 1                                C.                    sentencing of
                                                        [illegible]
 2     (✓)  IT IS ORDERED defendant be detained prior to ~~trial~~.
            without prejudice.
 3          DATED: September 12, 2008

 4                              _____
                                  Carolyn Turchin
 5                              CAROLYN TURCHIN
                                U.S. MAGISTRATE/DISTRICT JUDGE
 6

 ...

[11/04]
28
```